1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

| | |
|---|---|
| 9  YOUNG YIL JO, | CASE NO. 1:11-cv-01253-LJO-SMS PC |
| 10          Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A |
| 11     v. | CLAIM |
| 12  SIX UNKNOWN NAMES AGENTS, et al., | (ECF No. 1) |
| 13          Defendants. | |

14    _____/

15        Plaintiff Young Yil Jo is a federal prisoner currently housed at the Airpark Unit Correctional

16 Center in Big Spring, Texas.  To date, Plaintiff has filed over one-hundred fifty civil cases in this

17 district.  The complaint in this action is rambling and incoherent, and fails to state any cognizable

18 claims under federal law.  Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v.

19 Twombly,  550 U.S. 544, 555, 127 S.Ct. 1955, 1965 (2007).  Given this litigant's abusive filing

20 practices in this district, and the utterly incoherent pleading before the Court, leave to amend is not

21 warranted.  Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir. 2000).

22        Pursuant to 28 U.S.C. § 1915A, this action is HEREBY DISMISSED, WITH PREJUDICE.
IT IS SO ORDERED.

23

**Dated:    August 2, 2011**            _____/s/ Lawrence J. O'Neill_____
24                                        UNITED STATES DISTRICT JUDGE

25
26
27
28

1